IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel. JOHN UNDERWOOD, | : | |
| | : | No. 03-3983 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GENENTECH, INC., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

**AND NOW**, this 5th day of October, 2010, it is **ORDERED** that Relator's Motion for Disclosure of Grand Jury Transcripts *(Doc. No. 104)* is **DENIED without prejudice**.

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.